IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re )<br>)<br>AH MEI CHUN, )<br>)<br>                    Debtor. )<br>_____ )<br>)<br>RICHARD A. YANAGI, )<br>Chapter 7 Trustee,, )<br>)<br>                    Plaintiff, )<br>)<br>    vs. )<br>)<br>ANTHONY NARVAES, Individually )<br>and as Trustee of the Antonio )<br>Narvaes Irrevocable Trust )<br>dated November 18, 2000; LAN )<br>LE NARVAES; DENNIS A. )<br>NARVAES; STANLEY J. NARVAES; )<br>CITY & COUNTY OF HONOLULU; )<br>MORTGAGE ELECTRONIC )<br>REGISTRATION SYSTEMS, INC., )<br>solely as nominee for GUILD )<br>MORTGAGE COMPANY; GUILD )<br>MORTGAGE COMPANY; DOE )<br>DEFENDANTS 1-99, )<br>)<br>                  Defendants. )<br>_____ ) | CASE NO. 14-01285 (RJF)<br>(Chapter 7)<br><br>Adversary Proceeding No.<br> 16-90028<br><br>CIVIL NO. 16-000602 LEK-KSC |

**ORDER ADOPTING BANKRUPTCY JUDGE'S**
<u>**RECOMMENDATION TO DISTRICT COURT TO SCHEDULE JURY TRIAL**</u>

        On November 10, 2016, the bankruptcy judge transmitted his Recommendation to District Court to Schedule Jury Trial ("Recommendation"). [Dkt. no. 1-1.] The bankruptcy judge recommended this Court: withdraw the reference at this time to schedule a jury trial and the associated deadlines; and refer the proceeding to the bankruptcy judge for all other purposes until

ninety days before the trial date.

On November 16, 2016, this Court issued an entering order directing the parties to file any objections to the Recommendation by November 28, 2016.  [Dkt. no. 2.]  No objections were filed.  On November 28, 2016, Plaintiff Richard A. Yanagi, Chapter 7 Trustee, filed a statement supporting the bankruptcy judge's Recommendation.  [Dkt. no. 3.]  On November 29, 2016, Defendants Dennis A. Narvaes and Stanley J. Narvaes filed a statement supporting the Recommendation.  [Dkt. no. 5.]

This Court HEREBY ADOPTS the bankruptcy judge's Recommendation.  The jury trial in this case will commence on **October 24, 2017, at 9:00 a.m.**  This Court will issue a separate scheduling order setting forth the near-trial deadlines.  Following the issuance of the scheduling order, this matter will be REFERRED to the bankruptcy judge for all other purposes.  The reference will be withdrawn ninety days before the trial date.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, December 2, 2016.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**RICHARD YANAGI VS. ANTHONY NARVAES, ET AL; CV 16-00602 LEK-KSC; ORDER ADOPTING BANKRUPTCY JUDGE'S RECOMMENDATION TO DISTRICT COURT TO SCHEDULE JURY TRIAL**